THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jay Brian
 Schulze, Appellant.
 
 
 

Appeal from York County
 Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2007-UP-452
Submitted October 1, 2007  Filed October
 10, 2007    
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM: 
 Jay Brian Schulze pled guilty to possession with intent to distribute
 marijuana, for which he received five years.  On appeal, Schulze alleges the
 plea judge improperly conditioned his guilty plea on his agreement to waive
 counsel.  Schulze did not file a pro se brief.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.